**FILED**
April 12, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-06-0147 GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SYLVIA THOMPSON WASHINGTON, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SYLVIA THOMPSON WASHINGTON, Case No. CR S-06-0147 GEB, Charge 18 USC §§ 287 and 2, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ☒   Release on Personal Recognizance

    ___   Bail Posted in the Sum of $_____

          ___   Unsecured Appearance Bond $_____

          ___   Appearance Bond with 10% Deposit

          ___   Appearance Bond with Surety

          ___   Corporate Surety Bail Bond

    ☒   (Other)   *Pretrial Services Supervision w/ condition*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 12, 2006 at 2:55 p.m.

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal