1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )    CR. No. 06-147 GEB
                                  )
11               Plaintiff,       )    STIPULATION AND [PROPOSED]
                                  )    ORDER CONTINUING HEARING RE
12      v.                        )    JUDGMENT AND SENTENCING
                                  )
13 SYLVIA THOMPSON WASHINGTON,    )
                                  )    DATE:  December 15, 2006
14               Defendant.       )    TIME:  9:30 a.m.
   _____)    COURT: Garland E. Burrell, Jr.

15

16                          Stipulation

17      Plaintiff United States of America and defendant Sylvia

18 Thompson Washington, through counsel, hereby stipulate:

19      1.  The hearing regarding judgment and sentencing may be

20 rescheduled from October 13, 2006 to December 15, 2006 at 9:00 a.m.;

21      2.  The parties' motions to correct the pre-sentence report

22 would be due December 1, 2006; and

23      3.  The parties' reply briefs or statements of no opposition

24 would be due December 8, 2006.

25 ///

26 ///

27 ///

28 ///

                                  1

1      The reason for the continuance is that the parties need more

2  time to complete their respective obligations under the plea

3  agreement.

4  DATED:  October 5, 2006                    McGREGOR W. SCOTT
                                              United States Attorney
5

6                                     by    /s/ Samantha S. Spangler
                                              Samantha S. Spangler
7                                             Assistant U.S. Attorney

8  DATED:  October 5, 2006                    DANIEL J. BRODERICK
                                              Federal Defender
9

10                                    by    /s/ Samantha S. Spangler for
                                              Lexi Negin
11                                            Assistant Federal Defender
                                              Counsel for Ms. Washington
12

13                                  Order

14      Good cause appearing, the hearing regarding judgment and

15  sentencing shall be continued from October 13, 2006 to December 15,

16  2006 at 9:00 a.m.  Motions to correct the pre-sentence report are

17  due December 1, 2006.  Reply briefs or statements of no opposition

18  are due December 8, 2006.

19      IT IS SO ORDERED.

20  Dated:  October 10, 2006

21

22                                    /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge
23

24

25

26

27

28

2