DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SYLVIA WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-147 (GEB) |
| | ) | |
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING |
| v. | ) | |
| | ) | |
| SYLVIA WASHINGTON, | ) | Judge: Garland E. Burrell, Jr. |
| | ) | |
| Defendant. | ) | |

This case is currently scheduled for a sentencing hearing on March 9, 2007.  The attorneys for both parties have conferred and agree that additional time is needed to prepare for sentencing including the completion of obligations pursuant to the cooperation plea agreement.  Ms. Washington is not in custody.

The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing scheduled in this case for March 9, 2007, be continued until May 4, 2007.  In addition, the parties stipulate that any sentencing memoranda are due to the Court on or before April 20, 2007.

A proposed order is attached and lodged separately for the court's convenience.

DATED:March 6, 2007

1

1 | Respectfully submitted,

2 | McGREGOR W. SCOTT          DANIEL BRODERICK
  | United States Attorney      Federal Defender

3

4 | /s/ Lexi Negin for Samantha Spangler    /s/ Lexi Negin
  | SAMANTHA SPANGLER                        LEXI NEGIN
5 | Assistant U.S. Attorney                  Assistant Federal Defender
  | Attorney for United States               Attorney for Sylvia Washington

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-147 GEB |
| Plaintiff, ) | |
| v. ) | PROPOSED ORDER CONTINUING |
| ) | SENTENCING HEARING |
| SYLVIA WASHINGTON, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on March 6, 2007, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for March 9, 2007, be continued until May 4, 2007, at 9:00 a.m.  IT IS FURTHER ORDERED that any sentencing memoranda are due to the Court on or before April 20, 2007.

Dated:  March 6, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2