McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SYLVIA THOMPSON WASHINGTON,<br><br>    Defendant. | CR. No. 06-147 GEB<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING RE<br>JUDGMENT AND SENTENCING<br><br>DATE: July 13, 2007<br>TIME: 9:00 a.m.<br>COURT: Garland E. Burrell, Jr. |

<u>Stipulation</u>

Plaintiff United States of America and defendant Sylvia Thompson Washington, through counsel, hereby stipulate:

1. The hearing regarding judgment and sentencing may be rescheduled from May 4, 2007, to July 13, 2007 at 9:00 a.m.;

2. The parties' motions to correct the pre-sentence report would be due June 29, 2007; and

3. The parties' reply briefs or statements of no opposition would be due July 6, 2007.

///
///
///
///

The parties need more time to complete their respective obligations under the plea agreement.

DATED: April 24, 2007        McGREGOR W. SCOTT
                             United States Attorney

                        by   /s/ Samantha S. Spangler
                             Samantha S. Spangler
                             Assistant U.S. Attorney

DATED: April 24, 2007        DANIEL J. BRODERICK
                             Federal Defender

                        by   /s/ Samantha S. Spangler for
                             Lexi Negin
                             Assistant Federal Defender
                             Counsel for Ms. Washington

## Order

Good cause appearing, the hearing regarding judgment and sentencing shall be continued from May 4, 2007 to July 13, 2007 at 9:00 a.m.  Motions to correct the pre-sentence report are due June 29, 2007.  Reply briefs or statements of no opposition are due July 6, 2007.

IT IS SO ORDERED.

Dated: April 25, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2